JUSTICE BLACKMUN would grant certiorari.

No. 88-22.   VALLIER ET AL. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN PACIFIC TRANSPORTATION CO., REAL PARTY IN INTEREST). C. A. 9th Cir.   Petition for writ of certiorari and/or mandamus denied.

No. 88-72.   PINNEY DOCK & TRANSPORT CO. v. NORFOLK & WESTERN RAILWAY CO. ET AL.   C. A. 6th Cir.   Motion of C. D. Ambrosia Trucking Co. et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 88-137 (A-95).   GRACEY v. DAY ET AL.   C. A. 3d Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.   Certiorari denied.

No. 86-1944.   KWOUN ET AL. v. SOUTHEAST MISSOURI PROFESSIONAL STANDARDS REVIEW ORGANIZATION ET AL., 486 U. S. 1022;
No. 87-6801.   DAWNS v. CANON U. S. A., INC., 486 U. S. 1045;
No. 87-6933.   WILLIAMS v. PLANNED PARENTHOOD ASSOCIATION OF THE ATLANTA AREA, INC., ET AL., 487 U. S. 1221; and
No. 87-7038.   KINSEY v. UNITED STATES, 487 U. S. 1223. Petitions for rehearing denied.

No. 87-6759.   GRAVES v. BROWN, 486 U. S. 1045.   Motion for leave to file petition for rehearing denied.

OCTOBER 5, 1988

No. 88-354.   UNITED STATES DEPARTMENT OF THE AIR FORCE, SCOTT AIR FORCE BASE, ILLINOIS v. FEDERAL LABOR RELATIONS AUTHORITY.   C. A. 7th Cir.   Certiorari dismissed under this Court's Rule 53.

No. 88-355.   UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, SOCIAL SECURITY ADMINISTRATION v. FEDERAL LABOR RELATIONS AUTHORITY ET AL.   C. A. 4th Cir.